UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ANTHONY J. WILLIAMS** ]<br>     Petitioner,             ]<br>                               ]<br>v.                             ]<br>                               ]<br>**STATE OF TENNESSEE**        ]<br>     Respondent.              ] | No. 3:10-mc-0084<br>Judge Echols |

### O R D E R

The petitioner, proceeding *pro se*, has filed the first page (Docket Entry No. 1) of a 28 U.S.C. § 2254 petition, for writ of habeas corpus. He has neglected, however, to tender the remainder of a signed petition. Nor has the petitioner submitted either the fee required to file such a petition ($5.00) or an application to proceed in forma pauperis.

Accordingly, the Clerk is directed to send the petitioner a blank § 2254 habeas corpus petition along with an application to proceed in forma pauperis. The petitioner is hereby GRANTED thirty (30) days from the date of entry of this Order on the docket in which to return a fully completed and signed petition for writ of habeas corpus along with either the requisite filing fee or a properly completed and signed application to proceed in forma pauperis.

The petitioner is forewarned that, should he fail to comply with these instructions within the specified period of time, the petition, as it is, will be filed and this action will be dismissed for failure to comply and for want of prosecution.

It is so ORDERED.

Robert L. Echols
United States District Judge